**Joseph E. SWANSON et al. v. COMMISSION-ER OF INTERNAL REVENUE.**

No. 5347.

Circuit Court of Appeals, Seventh Circuit.

Jan. 8, 1936.

See, also, 76 F.(2d) 651.

Arnold R. Baar, of Chicago, Ill., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges, and WOODWARD, District Judge.

PER CURIAM.

On motion of counsel for petitioners, counsel for respondent not objecting thereto, it is now here ordered and adjudged by this court that the decisions of the United States Board of Tax Appeals, entered in this cause on February 23, 1934, be, and the same are hereby, affirmed.

**John C. SWEET, as Receiver, etc., v. Charles J. BOUR.**

No. 5460.

Circuit Court of Appeals, Seventh Circuit.

Jan. 21, 1936.

James E. Trask, of St. Paul, Minn., Andrew N. Johnson, of Minneapolis, Minn., and Leland P. Broehl, of Chicago, Ill., for appellant.

Weymouth Kirkland, Joseph H. Pleck, and Edward C. Caldwell, all of Chicago, Ill., for appellee.

PER CURIAM.

It is ordered that the appeal herein be, and the same is hereby, dismissed, without costs to either party as against the other, and that appellant's bond be, and the same is hereby, discharged and released.

**Oscar SYLVESTER, Sr., Appellant, v. UNITED STATES of America, Appellee.**

No. 7813.

Circuit Court of Appeals, Fifth Circuit.

Dec. 19, 1935.

Seth Lewis, of Opelousas, La., for appellant.

Ben F. Roberts, U. S. Atty., and Whitfield Jack and J. Fair Hardin, Asst. U. S. Attys., all of Shreveport, La., and Guy K. Bard, Sp. Asst. to Atty. Gen., for the United States.

Before FOSTER, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**UNION INSURANCE SOCIETY OF CANTON, Ltd., Appellant, v. DETROIT & SECURITY TRUST COMPANY, Appellees (and five companion appeals).**

No. 7737.

Circuit Court of Appeals, Ninth Circuit.

Jan. 13, 1936.

Redman, Alexander & Bacon, of San Francisco, Cal., and A. B. Weiler and W. H. Orrick, both of San Francisco, Cal., for appellant.

Chickering & Gregory, of San Francisco, Cal., Carleton Gray, of Oroville, Cal., and Evan Williams, of San Francisco, Cal., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeals herein dismissed, that judgments of dismissals be filed and entered accordingly, and the mandates of this court be issued.